UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| THE WOOSTER BRUSH COMPANY<br><br>Plaintiff,<br><br>vs.<br><br>BERCOM INTERNATIONAL LLC<br><br>Defendant. | Civil No. 5:06 CV 474<br><br>JUDGE JOHN R. ADAMS<br><br>**<u>JOINT MOTION FOR<br>PROTECTIVE ORDER</u>** |

Pursuant to Federal Rule of Civil Procedure 26(c), the parties, Plaintiff The Wooster Brush Company ("Wooster Brush"), together with Defendant Bercom International LLC ("Bercom"), through their counsel, move the Court to enter an Agreed Protective Order in the above-captioned case. Counsel for the parties certify that this Motion is made in good faith and that counsel for the parties have conferred and mutually agreed to the terms of the Agreed Protective Order attached hereto. The parties agree that entry of this Agreed Protective Order is necessary to protect the parties against improper dissemination of trade secrets and/or other confidential information. Accordingly, the parties respectfully request that this Court authorize and enter the Agreed Protective Order that the parties have prepared (attached as Exhibit A), or enter an Order in a form substantially similar thereto.

Respectfully submitted,

*signature*

John H Hinderaker (admitted pro hac vice), #45305
Faegre & Benson LLP
2200 Wells Fargo Center
Minneapolis, MN 55402
(612) 766-8430
Email: jhinderaker@faegre.com

Samer M Musallam, #0078472
Thomas J Collin, #0023770
Thompson Hine LLP
3900 Key Center
127 Public Square
Cleveland, Ohio 44114
(216) 566-5943
Email: Samer.Musallam@thompsonhine.com
Tom.Collin@thompsonhine.com

*Attorneys for Defendant, Bercom International, LLC*

Respectfully submitted,

*signature*

Philip R. Wiese, Esq., #0067058
Buckingham, Doolittle & Burroughs, LLP
3800 Embassy Parkway, Suite 300
Akron, Ohio 44333-8332
(330) 376-5300
Email: pwiese@bdblaw.com

Thomas E. O'Connor, Jr., #0013221
Mark J Skakun, Esq, #0023475
Buckingham, Doolittle & Burroughs, LLP
4518 Fulton Drive NW
P.O. Box 35548
Canton, Ohio 44735-5548
(330) 492-8717
Email: toconnor@bdblaw.com
mskakun@bdblaw.com

*Attorneys for Plaintiff, The Wooster Brush Company*

fb us 3010387.01